

# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

## MANDATE

THE STATE OF TEXAS

To the 355th District Court of Hood County, Greeting:

BEFORE our Court of Appeals for the Seventh District of Texas, on September 11, 2014, the cause upon appeal to revise or reverse your judgment between

### Justin Wade Ragan v. The State of Texas

### Case Number: 07-13-00131-CR Trial Court Number: CR12258

was determined and therein our said Court made its order in these words:

Pursuant to the opinion of the Court dated September 11, 2014, it is ordered, adjudged and decreed that the judgment of the trial court is modified as set forth in the opinion and affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on March 27, 2015.

*Vivian Long*
VIVIAN LONG, CLERK

